CHARLES H. WEIDNER, Respondent, *v.* GEORGE W. OLIVIT et al., Appellants.

*Weidner* v. *Olivit,* 108 App. Div. 122, affirmed.
(Argued April 22, 1907; decided May 7, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 11, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover an amount alleged to be due

for produce shipped to defendants, who were commission merchants, for sale.

*Judson G. Wells* for appellants.

*John J. Linson* and *Daniel B. Deyo* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER and WILLARD BARTLETT, JJ. Absent: HISCOCK, J.